**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

QUINCY WINSTON ADAMS,

               Plaintiff - Appellant,

   v.

SHELDON BROOKS, DDS; et al.,

               Defendants - Appellees.

No. 09-55268

D.C. No. 2:07-cv-02215-AHS-SS

MEMORANDUM [*]

Appeal from the United States District Court
for the Central District of California
Alicemarie H. Stotler, District Judge, Presiding

Submitted February 16, 2010 [**]

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

    Quincy Winston Adams, a California state prisoner, appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

IL/RESEARCH        1

deliberate indifference to his dental needs in violation of the Eighth Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Sorrels v. McKee*, 290 F.3d 965, 969 (9th Cir. 2002), and we vacate and remand.

The record does not indicate that the district court provided Adams with any notice under *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (en banc). Further, the error was not harmless because it does not appear that Adams had recently received a *Rand* notice in any other litigation, and the record does not disclose that he had a complete understanding of the requirements of Federal Rule of Civil Procedure 56. *See id.* at 961-62.

Each party shall bear its own costs on appeal.

**VACATED and REMANDED.**